Argued and submitted September 13, 1985, remanded for modification, otherwise affirmed April 23, 1986

In the Matter of the Marriage of

DEXTER,

*Respondent - Cross-Appellant,*

*and*

DEXTER,

*Appellant - Cross-Respondent.*

(D83-02-60876; CA A33010)

716 P2d 778

Kathleen A. Dodds, Portland, argued the cause for appellant - cross-respondent. With her on the briefs were Norman Wapnick, and Sussman, Shank, Wapnick, Caplan & Stiles, Portland.

Ann Morgenstern, Portland, argued the cause and filed the brief for respondent - cross-appellant.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Wife appeals a judgment of dissolution and husband cross-appeals. On *de novo* review, we affirm the judgment with one exception. The parties agree that, for federal income tax purposes, paragraph 7 of the judgment respecting spousal support should include a provision to the effect that spousal support end on the death of husband.[1]

Remanded for modification to include provision in paragraph 7 that spousal support end on the death of petitioner, otherwise affirmed. No costs to either party

---

[1] In drafting a judgment of dissolution, practitioners and judges should be aware of the definition of "alimony" in the Tax Reform Act of 1984, 26 USC § 71. Compliance with this definition may be necessary for federal income tax purposes.